UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LORENZO ELIAS MENDEZ,<br><br>Defendant. | No. 1:18-CR-2037-SMJ-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF No. 29** |
|---|---|

Before the Court is Defendant's Motion to Modify Conditions of Release. For the reasons set forth in the motion;

IT IS HEREBY ORDERED:

1.     The Motion to Modify Conditions of Release (ECF No. 29) is GRANTED.

2.     Defendant shall be permitted to travel to Yakima, Washington from June 27, 2018 through June 29, 2018, for the purposes of attending a hearing in Yakima County Superior Court.  Defendant's requests for travel to the Eastern District for federal or state court appearances may be approved by the Probation Office pursuant to Special Condition No. 15, ECF No. 28.  If the Court appearances require the presence of Defendant and the victim, Special Condition

ORDER - 1

No. 4 will be suspended to the extent necessary for Defendant to attend the hearing, for the purposes of the hearing only.

DATED June 20, 2018.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2