UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LORENZO ELIAS MENDEZ,<br><br>Defendant. | No. 1:18-CR-02037-SMJ-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF No. 54** |

On Tuesday, October 9, 2018, Defendant appeared for a hearing on Defendant's Motion to Modify Conditions of Release. Defendant appeared with his attorney Kenneth Therrien. Assistant United States Attorney Laurel Holland represented the United States.

The Court has considered the counsels' arguments and evaluated the four factors outlined in 18 U.S.C. § 3142(g) to decide whether there were conditions of release that would reasonably assure Defendant's appearance in court and the safety of the community: (1) the nature and circumstances of the offense; (2) the weight of evidence against Defendant; (3) the history and characteristics of

ORDER - 1

Defendant; and (4) the nature and seriousness of the danger Defendant would present to the community if released. The Court finds that these factors, as set forth orally by the Court, weigh in favor of modifying Defendant's previously imposed conditions of release.

IT IS HEREBY ORDERED:

1. The Motion to Modify Conditions of Release (ECF No. 54) is GRANTED in part.
2. Defendant's previously imposed conditions of release (ECF No. 28, 36) shall be MODIFIED so that Special Condition of Release Number 2 reads as follows:

> Defendant shall participate in a program of active GPS monitoring. Defendant shall wear, at all times, a GPS device under the supervision of U.S. Probation. In the event Defendant does not respond to GPS monitoring or cannot be found, the U.S. Probation Office shall forthwith notify the United States Marshals' Service, who shall immediately find, arrest and detain Defendant. Defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the U.S. Probation Office. Defendant shall be restricted to his approved residence every day from 9:00 PM to 6:00 AM unless preapproved by the Probation

ORDER - 2

Office.

DATED October 9, 2018.

<u>s/Mary K. Dimke</u>  
MARY K. DIMKE  
UNITED STATES MAGISTRATE JUDGE

ORDER - 3