UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>LORENZO ELIAS MENDEZ,<br><br>  Defendant. | No. 1:18-CR-02037-SMJ-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE AND GRANTING DEFENDANT'S MOTION TO EXPEDITE<br><br>**ECF Nos. 67, 68** |

Before the Court are Defendant's unopposed Motion to Modify Conditions of Release (ECF No. 67) and Motion to Expedite (ECF No. 68). For the reasons set forth in the motions;

IT IS HEREBY ORDERED:

1. The Motion to Expedite (**ECF No. 68**) is **GRANTED**.

2. The Motion to Modify Conditions of Release (**ECF No. 67**) is **GRANTED**.

3. Defendant's previously-imposed conditions of release (**ECF Nos. 28, 36,**

ORDER - 1

**57**) shall be **AMENDED** to add the following language to Special Condition of Release No. 2: The Supervising Pretrial Services/Probation Office is authorized to temporarily remove the GPS device to accommodate medical appointments and procedures as needed.

4. The Clerk of Court shall provide copies of this order to the United States Probation/Pretrial Services Office for the Eastern District of Washington and the United States Probation/Pretrial Services Office for the Western District of Washington.

DATED February 14, 2019.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2