# UNITED STATES DISTRICT COURT

for

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Mar 18, 2019

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Mendez, Lorenzo Elias | Docket No. | 0980  1:18-CR-02037-SMJ-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Lorenzo Elias Mendez, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 13th day of June 2018, under the following conditions:

**Special Condition #6:** Defendant shall not frequent places where minor-aged children are present such as mall, arcades, theaters, etc.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On June 13, 2018, the defendant made his initial appearance in the Eastern District of Washington before the Honorable Mary K. Dimke.  The defendant was released onto pretrial supervision  June 14, 2018, with conditions and  for installation of location monitoring equipment. The defendant is currently residing in the Western District of Washington and being supervised by United States Probation Officer (USPO) Christina Lacy.

The defendant is alleged to be in violation of his conditions of pretrial supervision in the Eastern District of Washington by:

**Violation #1:** The defendant is alleged to be in violation of his conditions of pretrial supervision in the Eastern District of Washington by going to a McDonald's restaurant, which includes an indoor play area, on March 11 and 13, 2019.

Conditions of release were reviewed with the defendant in the Western District of Washington. Per USPO Lacy, he acknowledged an understanding of his conditions which include special condition number 6.

On  March 12, 2019, this officer received an email from supervising USPO Lacy in the Western District of Washington advising the location monitoring team in their district was reviewing the defendant's daily activities as required  and observed on Monday, March 11, 2019, the defendant  was at a local  McDonald's at approximately 4:45 p.m.  The team also noted this McDonald's has a play area inside the restaurant.

On March 12, 2019, per USPO Lacy, she contacted the defendant and he admitted he went to this specific McDonald's "sat down and ate a salad."  USPO Lacy stated she and the defendant had a conversation and she informed him if he wants to eat at McDonald's he would need to go through the drive through window or go to a McDonald's that does not have a play area.

On March 13, 2019, USPO Lacy contacted this officer and advised the defendant had gone back on this date to the same McDonald's as on Monday, March 11, 2019.  USPO Lacy advised the defendant shared he went inside the restaurant, ordered a salad, and left due to the conversation she had with him on March 12th.

Per USPO Lacy, the defendant was again reminded of his conditions of release pertaining to special condition number 6, regarding frequenting places where minor-aged children are present.  The defendant acknowledged an understanding of his restrictions and conditions of release.

PRAYING THAT THE COURT WILL TAKE NO ACTION AT THIS TIME

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: March 15, 2019 |
| by | s/Linda J. Leavitt |
|  | Linda J. Leavitt U.S. Pretrial Services Officer |

THE COURT ORDERS

[× ]    No Action
[   ]    The Issuance of a Warrant
[   ]    The Issuance of a Summons
[   ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[   ]    Defendant to appear before the Judge assigned to the case.
[   ]    Defendant to appear before the Magistrate Judge.
[   ]    Other

M. K. Brimke

Signature of Judicial Officer

3/18/2019

Date