# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>-vs-<br>LORENZO ELIAS MENDEZ,<br><br>                    Defendant. | Case No.    1:18-CR-02037-SMJ<br>CRIMINAL MINUTES<br><br>DATE:    AUGUST 2, 2019<br>LOCATION:    YAKIMA<br><br>**PRETRIAL CONFERENCE/<br>MOTION HEARING** |

| Hon. Salvador Mendoza, Jr. | | |
|---|---|---|
| Debbie Brasel<br>**Courtroom Deputy** | 01<br>**Law Clerk** | Lynette Walters<br>**Court Reporter** |
| Alison L. Gregoire<br>**Government Counsel** | | Kenneth D. Therrien<br>**Defense Counsel** |
| **United States Probation Officer:**  N/A | | |

**[XX] Open Court**         **[  ] Chambers**         **[  ] Teleconference**

Defendant **is present and is not in custody** of the US Marshal

Mr. Therrien addresses Court regarding ongoing discovery that defendant is receiving from the government

Response by Ms. Gregoire

Ms. Gregoire addresses Government's MOTION for Order to Destroy Images [ECF 163]

Response by Mr. Therrien

**Court:**     Government's MOTION for Order to Destroy Images [ECF 163] is **granted.**  The Court will clarify in its order that defense did nothing improper in this case.

Mr. Therrien moves Court to prohibit the Government from Introducing Video Evidence Exhibit 70 [ECF 167]

Ms. Gregoire argues resisting

**Court:**     Defendant's MOTION Prohibiting the Government from Introducing Video Evidence Exhibit 70 [ECF 167] is **denied**

Counsel advises Court parties are ready for trial on August 12, 2019;   Trial duration is 6 days.

Ms. Gregoire addresses Court regarding the government's proposed exhibits.

**[XX]   ORDER FORTHCOMING**

| **CONVENED: 11:15 A.M.** | **ADJOURNED: 11:50 AM.** | **TIME:  :35 HR.** | **CALENDARED    [XX]** |
|---|---|---|---|

*USA -vs- Mendez*   August 2, 2019
1:18-CR-02037-SMJ   Page 2
Pretrial Conference/Motion Hearing

Mr. Therrien advises Court the defendant has no objections to the government's proposed slideshow exhibits at this time. Mr. Therrien further advises that defendant would like nonetheless like to review the exhibits.

Ms. Gregoire and Mr. Therrien advise Court there are no objections to the Court's proposed jury instructions.

Mr. Therrien advises Court defendant does not waive presence at sidebar.

Parties are to file any stipulations as to proposed exhibits by no later than August 7, 2019.

On August 7, 2019 parties may pick up jury questionnaires from the Clerk's Office in Yakima.

Final pretrial conference is set for Monday, August 12, 2019 at 8:30 AM in Yakima

Ms. Gregoire seeks permission from the Court to refer to the victim by her first name and not by her initials.

No objection by Mr. Therrien

Counsel to submit a joint statement to the Court regarding the nature of the charges.  The Court will then read the statement to the prospective jurors during Voir dire.