FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 16, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LORENZO ELIAS MENDEZ,<br><br>Defendant. | No.   1:18-CR-02037-SMJ<br><br>**ORDER ON JURY MEAL** |

**IT IS THE ORDER** of the Court that the jury in this case be committed to the custody of a duly sworn bailiff or bailiffs, and,

**IT IS FURTHER ORDERED** that the United States District Court pay for the meals of said jurors and bailiff(s) at the expense of the United States.

**DATED** this 16th day of August 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER - 1