FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 26, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:18-CR-02037-SMJ-1 |
| Plaintiff, | |
| v. | **ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS COUNT 2 OF THE SUPERSEDING INDICTMENT** |
| LORENZO ELIAS MENDEZ, | |
| Defendant. | |

Before the Court, without oral argument, is the Government's Motion to Dismiss Count 2 of the Superseding Indictment. ECF No. 224. The Government moves to dismiss Count 2 of the Superseding Indictment without prejudice as to Defendant Lorenzo Elias Mendez pursuant to Federal Rule of Criminal Procedure 48(a). Having reviewed the pleadings filed in connection with the motion, the Court grants the Government's motion. The Court makes no judgment as to the merit or wisdom of this dismissal.

Accordingly, **IT IS HEREBY ORDERED**:

**1.** The Government's Motion to Dismiss Count 2 of the Superseding Indictment, **ECF No. 224**, is **GRANTED**.

ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS COUNT 2 OF THE SUPERSEDING INDICTMENT **-** 1

**2.** Count 2 of the Superseding Indictment **ECF No. 101**, is **DISMISSED WITHOUT PREJUDICE** as to Defendant Lorenzo Elias Mendez.

**3.** The September 30, 2019 trial date and all other hearings with regard to Count 2 of the Superseding Indictment only are **STRICKEN**, and all pending motions related to Count 2 of the Superseding Indictment are **DENIED AS MOOT**.

**4.** Sentencing on Count 1 of the Superseding Indictment, currently scheduled for November 5, 2019, is not affected by this Order.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel, the U.S. Probation Office, and the U.S. Marshals Service.

**DATED** this 26th day of August 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge