KEN THERRIEN
413 NORTH SECOND STREET
YAKIMA, WA 98901
509.457.5991

Attorney for:
LORENZO ELIAS MENDEZ

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON
(Honorable Salvador Mendoza, Jr.)

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LORENZO ELIAS MENDEZ,<br><br>Defendant. | NO.   1:18-CR-2037-SMJ<br><br>MOTION FOR APPOINTMENT OF COUNSEL ON APPEAL PURSUANT TO THE CRIMINAL JUSTICE ACT |

**COMES NOW**, the Appellant, Lorenzo Elias Mendez, by and through his attorney of record, KEN THERRIEN, of *Law Office of Ken Therrien*, and moves the Court for appointment of counsel to represent him in his appeal of the judgment and sentence before the United States Court of Appeals for the Ninth Circuit, without being required to prepay fees, or costs, or give security therefore, before or after the bringing of these proceedings.

MOTION FOR APPOINTMENT OF COUNSEL ON APPEAL
PURSUANT TO THE CRIMINAL JUSTICE ACT
Page 1

KEN THERRIEN, PLLC
413 NORTH SECOND STREET
YAKIMA, WA 98901
(509) 457-5991

This motion is made based upon the Declaration of Kenneth Therrien, submitted herewith.

Dated this 15th day of January, 2020.

Presented by: *Law Office of Ken Therrien*

/s/ Ken Therrien
KEN THERRIEN, WSBA #20291
Attorney for Lorenzo Elias Mendez
413 North Second Street
Yakima, WA 98901
(509) 457-5991
Fax: (509) 457-6197
kentherrien@msn.com

MOTION FOR APPOINTMENT OF COUNSEL ON APPEAL
PURSUANT TO THE CRIMINAL JUSTICE ACT
Page 2

KEN THERRIEN, PLLC
413 NORTH SECOND STREET
YAKIMA, WA 98901
(509) 457-5991