**KEN THERRIEN**
**413 NORTH SECOND STREET**
**YAKIMA, WA 98901**
**509.457.5991**

Attorney for:
LORENZO ELIAS MENDEZ

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON
## (Honorable Salvador Mendoza, Jr.)

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LORENZO ELIAS MENDEZ,<br><br>Defendant. | ) NO.    1:18-CR-2037-SMJ<br>)<br>)<br>) DECLARATION OF KENNETH<br>) THERRIEN IN SUPPORT OF<br>) MOTION FOR APPOINTMENT OF<br>) COUNSEL ON APPEAL PURSUANT<br>) TO THE CRIMINAL JUSTICE ACT<br>) |

The undersigned, Ken Therrien, makes the following declaration as follows:

That I am the attorney for the defendant Lorenzo Elias Mendez.

That Lorenzo Elias Mendez has submitted his CJA 23 – Financial Affidavit - to the Court for its consideration in appointing counsel for his appeal.

That Lorenzo Elias Mendez was sentenced by this Court on January 07, 2020.

That on January 09, 2020 his Judgement in a Criminal Case was entered.

That Mr. Mendez has indicated to me that he is unable to afford counsel on appeal.

That I make file this declaration in support of that motion, filed herewith.

DECLARATION OF KENNETH THERRIEN IN SUPPORT
OF MOTION FOR APPOINTMENT OF COUNSEL ON
APPEAL PURSUANT TO THE CRIMINAL JUSTICE ACT
Page  1

**KEN THERRIEN, PLLC**
413 NORTH SECOND STREET
YAKIMA, WA  98901
(509) 457-5991

That this motion is brought in good faith and not for purposes of undue delay.
I declare that the foregoing is true and correct.

Dated this 15th day of January, 2020.

/s/ Ken Therrien
KEN THERRIEN, WSBA #20291
Attorney for Lorenzo Elias Mendez

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury of the laws of the State of Washington that on January 15, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

- Alison Gregoire, Assistant United States Attorney
- Thomas J. Hanlon, Assistant United State Attorney

And upon the defendant herein, by U.S. Mail, postage prepaid properly addressed as follows:

Lorenzo Elias Mendez, c/o Yakima Co. Jail, 111 North Front St., Yakima, WA 98901

s/ Ken Therrien
KEN THERRIEN, WSBA #20291
Attorney for Lorenzo Elias Mendez
413 North Second Street
Yakima, WA  98901
(509) 457-5991
Fax: (509) 457-6197
kentherrien@msn.com

DECLARATION OF KENNETH THERRIEN IN SUPPORT
OF MOTION FOR APPOINTMENT OF COUNSEL ON
APPEAL PURSUANT TO THE CRIMINAL JUSTICE ACT
Page 2

**KEN THERRIEN, PLLC**
413 NORTH SECOND STREET
YAKIMA, WA  98901
(509) 457-5991

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury of the laws of the State of Washington that on January 15, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

- Alison Gregoire, Assistant United States Attorney
- Thomas J. Hanlon, Assistant United State Attorney

    And upon the defendant herein, by U.S. Mail, postage prepaid properly addressed as follows:

Lorenzo Elias Mendez, c/o Yakima Co. Jail, 111 North Front St., Yakima, WA 98901

        *s/ Ken Therrien*
KEN THERRIEN, WSBA #20291
Attorney for Lorenzo Elias Mendez
413 North Second Street
Yakima, WA  98901
(509) 457-5991
Fax: (509) 457-6197
kentherrien@msn.com

**KEN THERRIEN, PLLC**
413 NORTH SECOND STREET
YAKIMA, WA  98901
(509) 457-5991