1  William D. Hyslop
2  United States Attorney
   Eastern District of Washington
3  Alison L. Gregoire
4  Assistant United States Attorney
   Post Office Box 1494
5  Spokane, WA 99210-1494
6  Telephone: (509) 353-2767

7                    UNITED STATES DISTRICT COURT
8                 FOR THE EASTERN DISTRICT OF WASHINGTON

9  | UNITED STATES OF AMERICA, | Case No.: 1:18-CR-02037-SMJ-1 |
10 |---|---|
11 | Plaintiff, | United States' Witness List for Restitution Hearing and Exhibit Information |
12 | v. | |
13 | LORENZO ELIAS MENDEZ, | |
14 | Defendant. | Restitution Hearing: June 22, 2020, at 10:45 a.m. Hearing by Video Teleconference from Richland Courtroom 189 to Sunnyside Jail |
15 | | |
16 | | |
17 | | |
18 | | Court: Hon. Salvador Mendoza, Jr. United States District Judge |
19 | | |

20  Plaintiff United States of America, by and through the United States Attorney for
21
22  the Eastern District of Washington, William D. Hyslop, and Assistant United States
23  Attorney Alison L. Gregoire, hereby submits the following Witness List and information
24
25  regarding exhibits and restitution related to the restitution hearing in the above-captioned
26  case.
27
28

United States' Witness List, Exhibit, and Restitution Information – 1

The United States has received and read the Court's "Order Setting Hearing By Videoconference," ECF No. 309, which instructs the parties to file and serve exhibit and witness information prior to the hearing.

### *Witnesses and Victims*

The United States anticipates calling Renee Slaven, MSW LICSW, who has opined about the need for future counseling for the victim, for testimony and/or cross-examination at the restitution hearing. The United States has coordinated with court staff to make necessary technical and logistical arrangements for her testimony.

The United States has confirmed the victim and the victim's mother (E.H. and F.H.) seek to be present for the hearing via videoconference. As of the filing of this document, the United States does not anticipate eliciting testimony from either E.H. or F.H..

### *Exhibits[1]*

The United States has previously served all documents that will be used as exhibits during the restitution hearing.

---

[1] Exhibits will be sent to the Court, opposing counsel, and witnesses no later than 72 hours prior to the scheduled hearing, consistent with the Court's order ECF No. 309.

United States' Witness List, Exhibit, and Restitution Information – 2

| Ex # | Admitted | Description |
|---|---|---|
| 1 | | Letter from Ms. Slaven, (Bates 10000160) |
| 2 | | Billing from Ms. Slaven (Bates 10000162) |
| 3 | | Amounts paid by Crime Victim's Compensation (Bates 10000161) |
| 4 | | Memorandum from Jolene Jones to Carrie Valencia and Dan Johnson, Dated February 13, 2020, detailing, *inter alia,* transportation costs |

***Restitution Sought***

Crime Victim's Compensation: $1,053.87 (paid prior counseling costs)

Victim EH: $8,500 (future counseling costs )

FH: $27.83  (mileage to and from FBI meetings and court hearings)

Dated: June 15, 2020

William D. Hyslop
United States Attorney

*s/ Alison L. Gregoire*
Alison L. Gregoire
Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Dan Johnson, defense counsel.

*s/Alison L. Gregoire*
Alison L. Gregoire
Assistant United States Attorney

United States' Witness List, Exhibit, and Restitution Information – 3