DAN B. JOHNSON
Attorney for Defendant/Appellant
1312 N. Monroe Street, Suite 248
Spokane, WA 99201
589-483-5311;
Email- danbjohnsonlaw@gmail.com

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff/Appellee, ) | |
| ) | CR-18-02037-SMJ-1 |
| ) | |
| ) | Court of Appeals No. 20-30007 |
| ) | |
| Vs. ) | **NOTICE OF APPEAL-** |
| ) | **AMENDED** |
| ) | |
| ) | |
| LORENZO ELIAS MENDEZ, ) | |
| ) | |
| Defendant/Appellant. ) | |
| ) | |
| _____ ) | |

TO:  Plaintiff and to your attorney, U. S. Attorney for Eastern District of Washington;

**PLEASE TAKE NOTICE** that Lorenzo Elias Mendez, Defendant in the above named case, does hereby appeal to the United States Court of Appeals for the Ninth Circuit from each and every part of that certain final

1    **NOTICE OF APPEAL- AMENDED**              Law Office of
                                                 DAN B. JOHNSON, P. S.
                                                 1312 N. Monroe Street, Suite 248
                                                 Spokane, Washington  99201
                                                 (509) 483-5311

Judgment and Sentence entered in this action on the 23rd day of June, 2020, ECF No.313.

It should be noted that a prior Notice of Appeal was filed herein on January 15th, 2020, ECF No. 271, and was assigned Ninth Circuit Cause No. 19-20-30007.

Respectfully submitted this 24th day of June, 2020.

s/ DAN B. JOHNSON
Attorney for Defendant/Appellant
1312 N. Monroe Street, Suite 248
Spokane, WA 99201
589-483-5311;
Email- danbjohnsonlaw@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on June 24th, 2020.  Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system. I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing documents by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

2    **NOTICE OF APPEAL- AMENDED**         Law Office of
                                            DAN B. JOHNSON, P. S.
                                            1312 N. Monroe Street, Suite 248
                                            Spokane, Washington  99201
                                            (509) 483-5311

Mr. Lorenzo Elias Mendez
Inmate- Sunnyside Jail
401 Homer Street
Sunnyside, WA  98944


Dated:   June 24th, 2020.

                                            s/Dan B. Johnson
                                            Attorney for Appellant

---

3   **NOTICE OF APPEAL- AMENDED**        Law Office of
                                                                  DAN B. JOHNSON, P. S.
                                                                  1312 N. Monroe Street, Suite 248
                                                                  Spokane, Washington  99201
                                                                  (509) 483-5311