FILED

UNITED STATES COURT OF APPEALS

JUL 14 2020

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 20-30007 |
| Plaintiff-Appellee, | D.C. No. 1:18-cr-02037-SMJ |
| v. | Eastern District of Washington, Yakima |
| LORENZO ELIAS MENDEZ, | |
| Defendant-Appellant. | ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

The motion of appellant's retained counsel, Gilbert H. Levy, Esq., to be substituted as attorney of record for appellant and permitting court appointed attorney Dan B. Johnson, Esq., to withdraw (Docket Entry No. 9) is granted. Former counsel Johnson shall, within 14 days, provide appellant's retained counsel Levy with appellant's transcripts, exhibits, pleadings and discovery materials. The cost of transmitting the requested documents shall be borne by appellant.

The Clerk has amended this court's docket to reflect that counsel Johnson is no longer appellant's appointed counsel of record for this appeal.

Appellant's opening brief and excerpts of record are due August 31, 2020; appellee's answering brief is due September 30, 2020; and the optional reply brief is due within 21 days after service of the answering brief.