GILBERT H. LEVY
LAW OFFICE OF GILBERT H. LEVY
2125 WESTERN AVENUE, SUITE 330
SEATTLE, WA 98121
206 443-0670
gilbert.levy.atty@gmail.com

Attorney for:

LORENZO ELIAS MENDEZ

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-02037-SMJ |
| Plaintiff, | |
| vs. | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| LORENZO ELIAS MENDEZ, | |
| Defendant. | |

To: Clerk United States District Court, Eastern District of Washington

And To: Joseph H. Harrington, United States Attorney,

And to; Alison L. Gregoire, Assistant United States Attorney

NOTICE OF SUBSTITUTION OF
COUNSEL - 1

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818

YOU ARE HEREBY NOTIFIED that Dan B. Johnson withdraws as the Attorney for the Defendant in the above-entitled action and that retained Counsel, Gilbert H. Levy, has been substituted in his place and with the Defendant's consent.

Attorney Dan B. Johnson has consented to his electronic signature below. You are requested to serve all further pleadings and papers in this matter upon Gilbert H. Levy at the address listed below.

DATED: November 30, 2020.

/s/Dan B. Johnson
Dan B. Johnson, WSBA #11257
Withdrawing Attorney
1312 Monroe Street, Suite 248
Spokane, WA 99201
(509) 483-5311
danbjohnsonlaw@gmail.com

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA #4805
Attorney for Defendant Mendez
Law Office of Gilbert H. Levy
2125 Western Avenue, Suite 330
Seattle, WA 98121
(206) 443-0670
gilbert.levy.atty@gmail.com

NOTICE OF SUBSTITUTION OF COUNSEL - 2

**Gilbert H. Levy**
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818

## CERTIFICATE OF SERVICE

I certify that on November 30, 2020, I caused to be electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorney(s) of record.

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA #4805
Attorney for Defendant

NOTICE OF SUBSTITUTION OF
COUNSEL - 3

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818