UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 11 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff-Appellee, v. LORENZO ELIAS MENDEZ, Defendant-Appellant. | No. 20-30007 D.C. No. 1:18-cr-02037-SMJ-1 Eastern District of Washington, Yakima ORDER |

Appellant's motion for a stay of proceedings (Docket Entry No. 13) is granted. The briefing schedule is stayed pending resolution of appellant's request for a limited remand, which will be decided by separate order.

Appellant's motion for an extension of time to file the opening brief (Docket Entry No. 14) is denied as moot.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Manisha Munshi
Deputy Clerk
Ninth Circuit Rule 27-7