UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 22 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

LORENZO ELIAS MENDEZ,

    Defendant - Appellant.

No. 20-30007

D.C. No. 1:18-cr-02037-SMJ-1
U.S. District Court for Eastern Washington, Yakima

**MANDATE**

The judgment of this Court, entered June 07, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: David J. Vignol
Deputy Clerk
Ninth Circuit Rule 27-7