UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 5 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 20-30007 |
|---|---|
| Plaintiff-Appellee, | D.C. No. 1:18-cr-02037-SMJ-1 |
| v. | Eastern District of Washington, Yakima |
| LORENZO ELIAS MENDEZ, | ORDER |
| Defendant-Appellant. | |

Before: McKEOWN, CHRISTEN, and MILLER, Circuit Judges.

On November 29, 2022, Mendez filed a motion to stay the mandate pending his petition for certiorari to the United States Supreme Court. The mandate issued on November 22, 2022. The court finds that the petition does not present a substantial question and there is not good cause for a stay.

The motion is therefore **DENIED**.