Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Alison L. Gregoire
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LORENZO ELIAS MENDEZ,<br><br>Defendant. | No. 1:18-CR-2037-SAB<br><br>UNITED STATES' MOTION FOR ENTRY OF A FINAL ORDER OF FORFEITURE<br><br>Hearing Date and Time:<br>March 30, 2023 at 6:30 p.m.<br>Without Oral Argument |

The United States of America, by its undersigned counsel, respectfully submits its Motion for Entry of a Final Order of Forfeiture in the above-entitled case for the reasons set forth below. A proposed order is submitted with this motion.

On January 6, 2020, the Court entered a Preliminary Order of Forfeiture (ECF No. 258) forfeiting the following listed assets to the United States:

    A.    a black Moto cellphone with black case;

    B.    seven miscellaneous hidden cameras, transmitters, and accessories, more specifically described as follows:

        i.    two batteries (ECF No. 211-2, Exhibit list items 42.3 and 40.1);

MOTION FOR ENTRY OF A FINAL ORDER OF FORFEITURE 1

      ii.    micro SD USB (ECF No. 211-2, Exhibit list item 42.4);

      iii.    hidden camera, MPD evidence number 216922 (1) (ECF No. 211-2, Exhibit list item 9);

      iv.    hidden camera, MPD evidence number 216922 (1) (ECF No. 211-2, Exhibit list item 10);

      v.    hidden black camera, MPD evidence number 216915 (ECF No. 211-2, Exhibit list item 4);

      vi.    hidden camera without lens, MPD evidence number 216913(1) (ECF No. 211-2, Exhibit list item 7); and

      vii.    wall charger hidden camera, MPD evidence 216917 (ECF No. 211-2, Exhibit list item 3);

C.    a Plug 2 View hidden camera; and

D.    a stuffed animal (dog), teddy bear/dog eye, and package of wiggle eyes.

The United States published notice of forfeiture online at www.forfeiture.gov beginning January 8, 2020 and ending February 6, 2020. ECF No. 334, 334-1 and 334-2. Based upon the July 23, 2021, publication start date, the latest claim deadline was March 8, 2020.

To date, no claims or petitions have been received or filed for the asset(s) forfeited in the Preliminary Order of Forfeiture entered herein.

MOTION FOR ENTRY OF A FINAL ORDER OF FORFEITURE 2

The Defendant was sentenced on January 7, 2020. The assets forfeited in the Preliminary Order of Forfeiture were included in the judgment filed on January 9, 2020. ECF No. 266 at 8.

Based on the foregoing, the United States respectfully requests that the Court enter the attached proposed order declaring the Final Order of Forfeiture.

DATED: February 28, 2023

                              Vanessa R. Waldref
                              United States Attorney

                              *s/ Alison L. Gregoire*
                              Alison L. Gregoire
                              Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the counsel of record.

                                        *s/ Alison L. Gregoire*
                                        Alison L. Gregoire
                                        Assistant United States Attorney

MOTION FOR ENTRY OF A FINAL ORDER OF FORFEITURE 4