1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.    1:18-CR-2037-SAB |
| Plaintiff, | **FINAL ORDER OF FORFEITURE** |
| vs. | |
| LORENZO ELIAS MENDEZ, | |
| Defendant. | |

BEFORE THE COURT is the Government's Motion for Entry of a Final Order of Forfeiture. Having reviewed the pleadings and file in this matter, the Court finds good cause to grant the motion.

On January 6, 2020, the Court entered a Preliminary Order of Forfeiture (ECF No. 258) forfeiting the following listed assets to the United States:

A.    a black Moto cellphone with black case;

B.    seven miscellaneous hidden cameras, transmitters, and accessories, more  specifically described as follows:

i.    two batteries (ECF No. 211-2, Exhibit list items 42.3 and 40.1);

ii.    micro SD USB (ECF No. 211-2, Exhibit list item 42.4);

FINAL ORDER OF FORFEITURE   -1

iii.     hidden camera, MPD evidence number 216922 (1) (ECF No.

211-2, Exhibit list item 9);

iv.     hidden camera, MPD evidence number 216922 (1) (ECF No.

211-2, Exhibit list item 10);

v.     hidden black camera, MPD evidence number 216915 (ECF No.

211-2, Exhibit list item 4);

vi.     hidden camera without lens, MPD evidence number 216913(1)

(ECF No. 211-2, Exhibit list item 7); and

vii.    wall charger hidden camera, MPD evidence 216917 (ECF No.

211-2, Exhibit list item 3);

C.     a Plug 2 View hidden camera; and

D.     a stuffed animal (dog), teddy bear/dog eye, and package of wiggle eyes.

The Government published notice of the preliminary order of forfeiture

beginning January 8, 2020 and ending February 6, 2020.  ECF No. 334, 334-1 and 334-

2. The time for filing petitions for said assets expired on March 8, 2020, and to date, no

petitions or claims for said assets have been filed, whether timely or not.

In accordance with Rule 32.2(b)(4)(A) and (B), the Preliminary Order of

Forfeiture became final as to Defendant at sentencing and was included in the

judgment.  ECF No. 266 at 8.

**ACCORDINGLY, IT IS HEREBY ORDERED** that:

FINAL ORDER OF FORFEITURE   -2

1.      The Government's oral Motion for Entry of a Final Order of Forfeiture is **GRANTED.**

2.      The Court's November 2, 2022, Preliminary Order of Forfeiture (ECF No. 31) is **FINAL** as to any and all persons and entities; the assets are hereby forfeited to the United States.

3       The forfeited assets shall be disposed of in accordance with law.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide copies to counsel.

DATED this _____ day of March 2023.

_____
Stanley A. Bastian
Chief United States District Judge

FINAL ORDER OF FORFEITURE   -3